# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHYNNA RATNER,

    **Plaintiff,**

v.                                                                              Case No.: 8:18-cv-3037-T-24AAS

UNATION, INC., and GEORGE
BEARDSLEY,

    **Defendants.**
_____/

## ORDER

Chynna Ratner moved for an order compelling the defendants to provide verified interrogatory responses and for an award of attorney's fees and costs incurred as a result of this motion. (Doc. 13). Ms. Ratner supplemented her motion and advised that the defendants served verified interrogatory responses. (Doc. 14). But Ms. Ratner still seeks an award of attorney's fees and costs. (*Id.*). The defendants did not respond to Ms. Ratner's motion or supplement.

Under Federal Rule of Civil Procedure 37(a)(5), if the requested discovery is provided after a motion to compel is filed, the court *must* award the prevailing party reasonable expenses, including attorney's fees, incurred as a result of submitting the motion. Fed. R. Civ. P. 37(a)(5) (emphasis added). However, the court may not award fees if:

    (i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action;

    (ii) the opposing party's nondisclosure, response, or

objection was substantially justified; or

(iii) other circumstances make an award of expenses unjust.

*Id.*

Ms. Ratner conferred with the defendants in good faith before submitting her motion to compel. (Doc. 13, Ex. 2). The defendants failed to respond or substantially justify their failure to provide timely verified interrogatory responses. Ms. Ratner's request for attorney's fees and costs is granted in conformity with Rule 37(a)(5).

Accordingly, Ms. Ratner's motion (Doc. 13) is **GRANTED**. By **August 20, 2019**, the parties must confer in good faith to stipulate to the reasonable attorney's fees and costs Ms. Ratner incurred related to her motion to compel. If the parties fail to stipulate to reasonable attorney's fees and costs incurred, then, by **August 27, 2019**, Ms. Ratner may submit a motion for attorney's fees and costs, including affidavits and materials that support the amount sought. Ms. Ratner's request for an order compelling the defendants to serve verified interrogatory responses is moot.

**ORDERED** in Tampa, Florida, on August 6, 2019.

*[signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge